# Fair Labor Defense LLC

188 Grand Street, Suite 225, New York, NY 10013

December 15, 2021

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Courtroom: 4H North
Brooklyn, New York 11201

     Re:    *Lord v. Colley*, No. 21 Civ. 04416

Judge Hall:

    I am counsel for Plaintiff in the above-captioned case. I write to provide an update on the settlement via a Rule 68 offer (Dkt. No. 12). The parties are finalizing the details but expect it to go smoothly over the next few days. We ask that the Court adjourn the date by which to file the notice of acceptance with the offer of judgment pursuant to Fed. R. Civ. P. 68 on or before December 22, 2021, as we expect everything to be completed no later than next Monday.

    Counsel for both parties are grateful for the Court's time and attention to this matter. The undersigned is also grateful to Defense Counsel, Lee Jacobs of Helbraun Levey LLP, for the amicable resolution.

Respectfully,

/s/ *David Kasell*
David Kasell
Fair Labor Defense LLC
188 Grand Street, Suite 225
New York, NY 10013
(800) 724-3341

1