UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EMILEE LORD,

                           Plaintiff,                No: 21 Civ. 04416 (LDH)

-against-                                  **PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

HALYARDS, LLC and EDWARD COLLEY,

                           Defendants.
---------------------------------------------------------X

TO:    **Lee Nolan Jacobs**
         Helbraun & Levey LLP
         40 Fulton Street, Fifth Floor
         New York, NY 10038
         (212) 219-1193
         Email: lee@helbraunlevey.com

     PLEASE TAKE NOTICE that Plaintiff EMILEE LORD hereby accepts the offer of judgment made by HALYARDS, LLC and EDWARD COLLEY pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated December 22, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
December 22, 2021

Respectfully submitted,

/s/ *David Kasell*
_____
David Kasell, Esq.
Fair Labor Defense LLC
188 Grand Street, Suite 225
New York, New York 10013
(800) 724-3431

Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EMILEE LORD,

                       Plaintiff,                    Case No: 1:20-cv-05265-GBD

-against-                                  OFFER OF JUDGMENT TO EMILEE
                                                                LORD PURSUANT TO RULE 68 OF
HALYARDS, LLC and EDWARD COLLEY,         THE FEDERAL RULES OF CIVIL
                                                                PROCEDURE

                       Defendants.
---------------------------------------------------------X


TO:    David Kasell, Esq.
        Brian Lehman, Esq.
        Fair Labor Defense LLC
        188 Grand Street, Suite 225
        New York, NY 10013
        David Kasell david.kasell@fairlabordefense.com
        Brian Lehman brian@fairlabordefense.com

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HALYARDS, LLC and EDWARD COLLEY, (collectively "Defendants") hereby offer to allow judgment to be taken against them by Plaintiff EMILEE LORD ("Plaintiff") in the above-captioned action in the total sum of Thirty Five Thousand Dollars ($35,000.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

       This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

       This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff suffered any damages.

       Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by

Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

      In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: New York, New York
       December 22, 2021

Respectfully submitted,

*Lee Nolan Jacobs /s/*

Lee Jacobs, Esq.
Helbraun Levey LLP.
40 Fulton Street
28th Floor
New York, NY 10038
(212) 219-1193
Email: lee@helbraunlevey.com
Attorneys for Defendants